MORRIS I. RITT v. ROSE L. RITT.— Motion granted as stated in order; motion for a stay under order entered September 30, 1933, denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of GIUSEPPE L. MAGGIO, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 16, 1933, with notice of argument for November 24, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH STELLA.— Motion granted in so far as to extend time of defendant to procure the record on appeal and appellant's points to be filed to and including November 20, 1933, with notice of argument for December 5, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT WASHINGTON.— Motion granted in so far as to extend appellant's time to file the record on appeal and appellant's points to and including November 18, 1933, with notice of argument for December 4, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

KING DRUG STORES, INC., v. RAMSGATE REALTY CO., INC., and Others.— Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SOL WOLK and Another v. MAX SCHREIBER and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HENRY H. KLEIN v. GREEN BUS LINES, INC.— Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAX MELTZER v. COMMONWEALTH TRUST COMPANY OF PITTSBURGH, as Receiver, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

## SECOND DEPARTMENT, OCTOBER, 1933.

EUGENE D. ALEXANDER, as Trustee, Plaintiff, v. VALUMET CHOCOLATE COMPANY, INC., and Others, Defendants. JOSEPH L. GLOVER, Receiver, Appellant; WESTCHESTER COUNTY SAVINGS BANK, Respondent.— Motion for reargument denied, without costs. Motion for stay denied. Stay granted by this court vacated. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CARL ALMGREN, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GUS A. ANDERSON, Respondent, v. LILLY THOMPSON, Individually and as Executrix, etc., of AMANDA ANDERSON, Deceased, and SYLVIA THOMPSON, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.